UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Daniele Cabell_

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Jennifer Infantino_
_Todd Wimphemier_
_FBI_
_(Gang)_
_Michael Scarpa_
_East Dist. PD_
_Juausa Cece (Narco)_
_Sotoclemayer (Forma Supreme court justice)_

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No

(check one)

*(In the ... ... of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            _Daniele Cabell_
            Street Address  _1226 Vermont Ave_
            County, City    _Allentown, PA_
            State & Zip Code _PA 18103_
            Telephone Number _610 351 0901_

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Jennifer Infantino
Street Address 11 center st
County, City Essex, Newark
State & Zip Code NJ. 07102

Defendant No. 2
Name Todd Wimphemier
Street Address 11 center st
County, City Essex, Newark
State & Zip Code NJ 07102

Defendant No. 3
Name Michael Scarpa
Street Address 1 Journal Square Plaza Div. of Police
County, City Hudson, Jersey City
State & Zip Code NJ. 07306

Defendant No. 4
Name ~~Calebrese~~ Jursha Cece,
Street Address 1 Journal Square Plaza Div. of Police (Narco)
County, City Hudson, Jersey City
State & Zip Code NJ. 07306

Defendant No. 5   Sotodemayor - Supreme Court of US
                  1 First NE, Washington, DC 20543

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions    ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Invasion of privacy of 32 years which evolved into numerous losses and Identity theft.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **Pennsylvania**

Defendant(s) state(s) of citizenship **New Jersey**

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **NY, NJ & PA**

B. What date and approximate time did the events giving rise to your claim(s) occur? **32 years**

C. Facts: **Loss of youth, finances, social, business opportunities, animals, health, family life, co-workers, classmates, paraphenilia, antiques, cloth, shoes, opportunity to pay off my gov. sty. loan instead incurred $18,000 w/in 32 years of suppression and the stand lastly family members. Also I have been framed twice**

[What happened to you?]

**FBI agents Jennifer C. Infantino & Todd Wimphenier and JCPD - Michael Scrapa that became familier with me from a racist issues going on in Jersey City, NJ where we moved to from NY**

[Who did what?]

**Their gang in the streets, Justice system and politicians primarily due to my multi-million dollar business concepts that they have stolen and running them.**

[Was anyone else involved?]

**→ Chaundra Thomas - witness to co-workers (FBI agents), Christopher Martin (rapper-actor), JCPD - Sunny Tener, Lawarence Simmons - former class- School mate, Andre Bell - JC Fire fighter - Justic Duto - African ex-boyfriend, community chumbs, and Amtrak co-workers etc... due to slander**

[Who else saw what happened?]

Rev. 10/2009

James Boothcelfe - former friend, Nadia wayans sister/former friend of the wayans actors/comedians &

David Hayes

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Scratches from assault to due Exploitation (set ups), poisons which led to my kidney failure.

Including the assult from a W/lanina - a transgender from California's FBI agency.

(a) Consistanly being poisoned by gang leader Jirusha cece Cece friend of former Barack Obama & sotodaymer former white house employees and FBI agents that exploited me listed on on the pg. 1

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 900 million dollars

Investigate slander (or seek rather) arrest Exponage, psychiarthic med records -illegal detention - rob Stop the slander and exploitation (I am not a Celebrity) and (prostition)/bribery to be used to coerse and manipulate, Stop Stalker Andrew Merreghano of 32+ years & charges not domestic marshalls provision to stop stalking to attempt to rob or that in some cases from street activity (purchases) I was robbed, attempted rape, slander of which in one case led to Jan's acsonic that burned her death former ex- Justice Ooto use is a witness to this, family infiltration, conficate a voodoo doll that Kojo of Kojo's extermanting co gave in exchange for slutes

Note: Above mispell indicated by circle: prostitution and Kojo is a freind of my mother that they learned about from our illegal wire tapped line. Stop dependency by gang on me which leds to violence

Rev. 10/2009

Lastly, to provide a clean sweep bugs & cams placed in home before we moved in as request of Det. Bessler

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of August, 20 17.

Signature of Plaintiff Danielle Cabell
Mailing Address 1226 Vermont Ave
Allentown, PA 18103

Telephone Number 610-351-0901
Fax Number *(if you have one)* —
E-mail Address — knocked off computer by abusive power.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

Aug 21, 2017

Dear your honor:

In addition to my paperwork I have a police report with the Salsbury Police dept. and I spoke with officer Curtis Gagiglio however, he did not call me back or that these feds keep erasing my government phone (Safelink) messages. Is it possible that one could assure an investigation, my mother is senior +] and doesn't believe she is being broken into and refuses to get ADT although I was going to pay. Their are government cams & bugs althrougout the house and they must be removed immediately. they are also outside the house. this was accomolished before moving in and also by family inflintrators such as my newphew's girlfriend Elisa who is defenitely in conspiracy.

# Itemized list of stolen goods since 1995 to present via technology and corruption are as follows:

Custom jewelry designs

Oriental Trading project

Masons pearl jewelry project

Password software design *bar keypads*

Diamonds

Cats

Home Remedy cure in health — *mainly animals*

Customers specifically from floppy disc

Loss of partial eyesight via serums which includes kidney failure

Loss of business contacts via abuse of power by FBI agents Todd Wimphermier and Jennifer Infantino etc... @ 11 Center St., Newark, NJ

Loss of Friends from childhood days via bribery

Vending gigs

Antique dealership via slander and bribery. One deal was worth $200,000,000. Of the facts this one fact is partial of spirit psychic that actress Tori Spelling purchased the antique jewelry while of abusive power thus, slander was told it was only worth $30.00 and that's what I sold it at. (as per Arron @ Selaby's Auction house)

Of the Lottery system the Quick Draw portion stolen thus so far however I caught on

By way of suppression of my business and employment I have incurred 8K of interest on my Government Student Loan and whatever I paid on it that I loss via financial hardship

Cloth including the ones that feces and urine was put on via break-in

Pocketbook with money inside

Other small iteim's like Motron, broken collectables and antiques

Custom jewelry I dsigned

Loss of youth and other opportunities like a family I am 53 now via slander and suppression

*Embrodery design*

*EEOC componsation money — check was forged by prostitute izzmoralda nazzario ( gang banger - brothal whore of Todd Wimphermier & he himself has a baby from one that framed me*

Sellersville PD,
300
Love
South Main Street